ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Claimants,
SALAMEH RASHID, MEISA RASHID,
and SHOURKIE RASHID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CV-F-03-6340 OWW SMS |
| *Plaintiffs*, | STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| vs. | |
| APPROXIMATELY $178,000.00 IN U.S. CURRENCY, et. al., | |
| *Defendants.* | |

IT IS HEREBY STIPULATED between the Claimants, SALAMEH RASHID, MEISA RASHID, and SHOURKIE RASHID, by and through their attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Stephanie Hamilton Borchers, that the Scheduling Conference now set for Wednesday, October 1, 2008 at 8:15 a.m. be continued to Friday, December 5, 2008 at 8:15 a.m.

/

/

/

PDF created with pdfFactory trial version www.pdffactory.com

This request is made in light of the fact that Mr. Capozzi is in a jury trial in State Court in the matter of <u>People v. Jamal Chambers</u> and the pending Motion for Withdrawal in this case. The Motion for Withdrawal is currently scheduled to be heard on Monday, December 1, 2008 at 10:00 a.m.

Respectfully submitted,

Dated:  September 29, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Claimants,
SALAMEH RASHID, MEISA RASHID,
and SHOURKIE RASHID

Dated:  September 29, 2008

/s/ Stephanie Borchers
Stephanie Hamilton Borchers
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Scheduling Conference now set for October 1, 2008  is vacated and continued to December 5, 2008 at 8:15 a.m.

Dated:  September 30, 2008

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com