ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for CLAIMANTS,
SALAMEH RASHID, MEISA RASHID
and SHOURKIE RASHID

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

UNITED STATES OF AMERICA,

    *Plaintiffs*,

vs.

APPROXIMATELY $178,000.00 IN U.S. CURRENCY, et. al.,

    *Defendants.*

Case No.: CV-F-03-06340 OWW SMS

ORDER REGARDING MOTION TO WITHDRAW

This matter came on March 30, 2009 for hearing on the Motion to Withdraw as Counsel of Record for Claimant, Salameh Rashid. Said Motion being withdrawn at the time of the hearing, attorney, Anthony P. Capozzi shall remain as counsel to Claimant, Salameh Rashid.

The Motion to Withdraw as attorney for Meisa Rashid and Shourkie Rashid is also withdrawn. Accordingly, this Court's prior Order granting the withdrawal of Anthony P. Capozzi is hereby vacated and Anthony P. Capozzi is reinstated as attorney of record for Claimants, Meisa Rashid and Shourkie Rashid.

IT IS SO ORDERED.

Dated: March 30, 2009

          /s/ OLIVER W. WANGER
          Oliver W. Wanger
          United States District Court Judge

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com