LAWRENCE G. BROWN
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:03-CV-06340-OWW-SMS |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $178,000.00 IN U.S. CURRENCY; | |
| APPROXIMATELY $87,987.00 IN U.S. CURRENCY; | |
| $20,000.00 IN TRAVELERS EXPRESS MONEY ORDERS; | |
| $57,360.72 SEIZED FROM BANK OF THE SIERRA ACCOUNT NO. 082249867; | |
| $63,372.00 SEIZED FROM BANK OF THE WEST ACCOUNT NO. 705022531; and, | |
| $23,469.66 SEIZED FROM BANK OF THE WEST ACCOUNT NO. 705022531, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendants approximately $178,000.00 in U.S. Currency; approximately $87,987.00 in U.S. Currency; $20,000.00 in Travelers Express Money Orders; $57,360.72 seized from Bank of the Sierra Account No. 082249867; $63,372.00 seized from

Bank of the West Account No. 705022531; and $23,469.66 seized from Bank of the West Account No. 705022531 (hereafter "defendant funds").

2. A Verified Complaint for Forfeiture *In Rem* was filed on September 29, 2003, seeking the forfeiture of the defendant funds, alleging said funds were subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) because the defendant funds constitute or are derived from proceeds traceable to an offense constituting specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), including 18 U.S.C. § 1028 (identity theft), 18 U.S.C. § 1341 (mail fraud), and 18 U.S.C. § 1343 (wire fraud), or a conspiracy to commit such offenses.      3. On September 29, 2003, in accordance with said Complaint, Summons and Warrants of Arrest for the defendant funds were issued and duly executed on January 22 and 26, 2004.

4. On or about February 6, 2004, a Public Notice of Arrest of the defendant funds appeared by publication in *The Business Journal*, a newspaper of general circulation in the county in which the defendant funds were seized (Fresno County). The Proof of Publication was filed with the court on March 15, 2004.

5. In addition to the Public Notice of Arrest having been completed, actual notice was personally served upon Meisa Rashid, Salameh Rashid, and Shoukrie Rashid and notice was sent to Bank of the Sierra.

6. On November 19, 2003, Bank of the Sierra filed an Amended Answer to the Complaint. On December 9, 2003, Plaintiff filed a Motion to Dismiss Claim and Answer of Unsecured Creditor Due to Lack of Standing or in the Alternative for Summary Judgment against Bank of the Sierra. On December 12, 2003, Meisa Rashid, Salameh Rashid, and Shoukrie Rashid filed their Claims and Answer. On January 27, 2004, the Court entered an Order granting Plaintiff's Motion to Dismiss Claim and Answer of Unsecured Creditor Due to Lack of Standing or in the Alternative for Summary Judgment against Bank of the Sierra.

7. To date, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

8. The United States' allegations are set forth in its Verified Complaint for Forfeiture *In Rem* filed September 29, 2003.

9.     On or about September 30, 2004, a Federal Grand Jury in the Eastern District of California charged Salameh Mohammad Rashid with violations of 18 U.S.C. § 1956(h) and 18 U.S.C. § 922(g)(1) in a Superseding Indictment in *U.S. v. Salameh Mohammad Rashid, et al.*, 1:03-CR-05220-OWW. On March 12, 2007, Salameh Mohammad Rashid pled guilty to a violation of 18 U.S.C. § 1956(h) - Conspiracy to Launder Money and he was sentenced on June 18, 2007.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.     The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.     Judgment is hereby entered against claimants Meisa Rashid, Salameh Rashid, Shoukrie Rashid, and all other potential claimants who have not filed claims in this action.

3.     Upon entry of this Final Judgment of Forfeiture, the defendants approximately $178,000.00 in U.S. Currency; $67,987.00 of the defendant approximately $87,987.00 in U.S. Currency; $20,000.00 in Travelers Express Money Orders; $57,360.72 seized from Bank of the Sierra Account No. 082249867; $63,372.00 seized from Bank of the West Account No. 705022531; and, $23,469.66 seized from Bank of the West Account No. 705022531, together with any interest that may have accrued on the total of each amount, seized on or about April 23 and 25, 2003, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

4.     Upon entry of this Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $20,000.00 of the approximately $87,987.00 in U.S. Currency shall be returned to Claimants Meisa Rashid and Shoukrie Rashid through their attorney Anthony P. Capozzi, 1233 West Shaw Avenue, Suite 102, Fresno, California 93711.

5.     That Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The

parties waive the provisions of California Civil Code § 1542.

6. Pursuant to the stipulation of the parties, and allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed September 29, 2003, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. That all parties shall bear their own costs and attorneys' fees.

SO ORDERED THIS 23rd day of September, 2009.

/s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed September 29, 2003, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant funds.

Dated: September 23, 2009            /s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge